UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>HAWAIIAN TELCOM<br>COMMUNICATIONS, INC.,<br><br>    Debtor. | Case No. 08-02005<br>Chapter 11 |
| SHULTS & TAMM, ALC as<br>LITIGATION TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL S. RULEY; CARTUS<br>CORPORATION; and APPLE<br>RIDGE FUNDING, LLC,<br><br>    Defendants. | Adv. Pro. No. 11-90012<br><br><br><br><br>Re: Docket No. 66 |

**MEMORANDUM CONCERNING <u>EX PARTE</u> APPLICATION
FOR ORDER AUTHORIZING FILING OF EXHIBITS UNDER SEAL**

This is an adversary proceeding in bankruptcy. Fed. R. Bankr. P. 7001.

Plaintiff has filed an <u>ex parte</u> application to file certain documents under seal.

(dkt. no. 66). In this court, the filing of documents under seal is governed by

Local Bankruptcy Rule 9018-1.

In this adversary proceeding, Plaintiff, as Litigation Trustee, pursuant to Debtors' confirmed chapter 11 plan of reorganization, seeks to recover, as avoidable preferences, fraudulent conveyances, and post-petition transfers, payments made to or for the benefit of Defendant Michael S. Ruley, pursuant to the termination of Ruley's employment as CEO of Debtors. Such payments are often called 'golden parachutes' and are frequently discussed in the media.

The financial terms of Ruley's Severance Agreement and Consulting Agreement are discussed in detail in Plaintiff's Second Amended Complaint. (dkt. no. 48).

Plaintiff's <u>ex parte</u> application seeks an order authorizing the filing of Exhibits "J", "K", "L", "M", "N" and "O" to Plaintiff's memorandum (dkt. no. 67) opposing a motion to dismiss filed by Defendants Cartus Corporation and Apple Ridge Funding, LLC. Those exhibits only give details as to the timing and amounts of various payments, and do not appear to disclose anything of a confidential nature that is not already made known by Plaintiff's Second Amended Complaint.

2

U.S. Bankruptcy Court - Hawaii   #11-90012   Dkt # 68   Filed 11/02/11   Page 2 of 3

Therefore, an order will be entered denying Plaintiff's Application to file the above described documents under seal.

Dated: Honolulu, Hawaii, _____NOV 0 2 2011_____.

/s/ Lloyd King
Lloyd King
United States Bankruptcy Judge